# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NJ61 | E1117604 | R. Hayes | 2578 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 11/14/2020 1612 Hrs | 36 CFR 4.23(a)(2) |

**Place of Offense:** Lighthouse

**Offense Description; Factual Basis for Charge:** Driving While intoxicated
NP 2015 8496

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Springsteen | Bruce | F. |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 3CFK6 | NJ | | Triumph | | red/sliver |

**APPEARANCE IS REQUIRED** — **APPEARANCE IS OPTIONAL**

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| | 02/10/2021 | 9:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1117604*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 14, 2020 while exercising my duties as a law enforcement officer in the GNRA-SHU District of New Jersey

_____ (lines of narrative, blank)

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/14/2020   R.Y. Hayes
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/04/2021 14:6

## STATEMENT OF PROBABLE CAUSE

R.L.H.

CVB Location Code: NJ61  Violation Notice Number: ~~E1117605~~ E1117604

I state that on November 14, 2020 while exercising my duties as a law enforcement officer in the GNRA- SHu District of New Jersey

While on foot patrol, I observed a male (Bruce F. SPRINGSTEEN) consume a shot of Patron tequila and then get on his motorcycle and start the engine. I contacted SPRINGSTEEN and informed him alcohol is prohibited at Sandy Hook. The Patron bottle that the shot was poured out of was completely empty (750 mL). I asked SPRINGSTEEN if he was leaving and he confirmed that he was going to drive out of the park. SPRINGSTEEN claimed that he had two shots of tequila in the last 20 minutes. SPRINGSTEEN smelt strongly of alcohol coming off his person and had glassy eyes. I ran SPRINGSTEEN through standardized field sobriety tests. I observed four out of six clues on the horizontal gaze nystagmus test. SPRINGSTEEN was visibly swaying back and forth while I observed his eyes. I observed five out of eight clues on the walk and turn test. SPRINGSTEEN took 45 total steps during the walk and turn instead of the instructed 18. SPRINGSTEEN refused to provide a sample on the preliminary breath test.

The foregoing statement is based upon:

☑ my personal observation  ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/14/2020
Date (mm/dd/yyyy)

R.L. Hayes
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle, **CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NJ61 | E1117605 | R. Hayes | 2576 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☒ State Code |
|---|---|
| 11/14/2020  1612 Hrs | 36 CFR 4.2 NJSA 39:4-96 |

Place of Offense: Light house

Offense Description: Factual Basis for Charge

Reckless Driving
NP20158496

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name |
|---|---|
| Springsteen | Bruce F. |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 3CFK6 | NJ | | Trium | | Blk/Slvr |

**A** ☒ **APPEARANCE IS REQUIRED**
If Box A is checked, you must appear in court. See instructions.

**B** ☐ **APPEARANCE IS OPTIONAL**
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| | 02/10/2021 | 7:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1117605*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 14, 2020 while exercising my duties as a law enforcement officer in the GNRA-SHU District of New Jersey.

_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/14/2020   R.R. Hayes
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE

**CVB Location Code:** NJ61   **Violation Notice Number:** E1117605

I state that on **November 14**, 20**20** while exercising my duties as a law enforcement officer in the **GNRA-SHU** District of **New Jersey**

While on foot patrol, I observed a male (Bruce F. SPRINGSTEEN) consume a shot of Patron tequila and then get on his motorcycle and start the engine. I contacted SPRINGSTEEN and informed him alcohol is prohibited at Sandy Hook. The Patron bottle that the shot was poured out of was completely empty (750 mL). I asked SPRINGSTEEN if he was leaving and he confirmed that he was going to drive out of the park. SPRINGSTEEN claimed that he had two shots of tequila in the last 20 minutes. SPRINGSTEEN smelt strongly of alcohol coming off his person and had glassy eyes. I ran SPRINGSTEEN through standardized field sobriety tests. I observed four out of six clues on the horizontal gaze nystagmus test. SPRINGSTEEN was visibly swaying back and forth while I observed his eyes. I observed five out of eight clues on the walk and turn test. SPRINGSTEEN took 45 total steps during the walk and turn instead of the instructed 18. SPRINGSTEEN refused to provide a sample on the preliminary breath test.

The foregoing statement is based upon:

☑ my personal observation   ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/14/2020**
Date (mm/dd/yyyy)   Officer's Signature: R. L. Hayfld

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

CVB SCAN 01/04/2021 14:6

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NJ61 | E1117606 | R. Hayes | 2579 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 11/14/2020  1612 HRS | 36 CFR 2.35(b)(2)(ii) |

Place of Offense: Lighthouse

Offense Description: Factual Basis for Charge  HAZMAT ☐

Use of alcohol in closed area

NP20158496

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Springsteen | Bruce | F. |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 3CFK6 | NJ | | Trump | | Rev/Black |

**APPEARANCE IS REQUIRED**   **APPEARANCE IS OPTIONAL**

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| | 02/16/2021 | 9:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X _____ Defendant Signature

Original - CVB Copy

*E1117606*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 14, 2020 while exercising my duties as a law enforcement officer in the GWRA-JFK District of New Jersey

[lines]

☒ The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/14/2020   R. L. Hayes
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN-03/04/2021 14:6

## STATEMENT OF PROBABLE CAUSE

CVB Location Code: NJ61    Violation Notice Number: E1117606

I state that on **November 14, 2020** while exercising my duties as a law enforcement officer in the **GNRA-SHU** District of **New Jersey**

While on foot patrol, I observed a male (Bruce F. SPRINGSTEEN) consume a shot of Patron tequila and then get on his motorcycle and start the engine. I contacted SPRINGSTEEN and informed him alcohol is prohibited at Sandy Hook. The Patron bottle that the shot was poured out of was completely empty (750 mL). I asked SPRINGSTEEN if he was leaving and he confirmed that he was going to drive out of the park. SPRINGSTEEN claimed that he had two shots of tequila in the last 20 minutes. SPRINGSTEEN smelt strongly of alcohol coming off his person and had glassy eyes. I ran SPRINGSTEEN through standardized field sobriety tests. I observed four out of six clues on the horizontal gaze nystagmus test. SPRINGSTEEN was visibly swaying back and forth while I observed his eyes. I observed five out of eight clues on the walk and turn test. SPRINGSTEEN took 45 total steps during the walk and turn instead of the instructed 18. SPRINGSTEEN refused to provide a sample on the preliminary breath test.

The foregoing statement is based upon:

[✓] my personal observation        [✓] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/14/2020**          R. L. Hayst
Date (mm/dd/yyyy)                     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)             U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle, **CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

CVB SCAN 01/04/2021 14:7